# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

-vs-                            Case No.   3:18-cv-122

**MACON JONES,**

      **Defendant.**

## ORDER GRANTING MOTION TO DISMISS THE INDICTMENT

This matter is before the Court on the Government's Motion to Dismiss the Indictment (doc. 18). On September 11, 2018, an Indictment was filed against the above named Defendant. Pursuant to the Government, the Defendant passed away April 20, 2019.

Therefore, it is the Order of the Court that the Government's Motion to Dismiss the Indictment (doc.18) is GRANTED and the proceedings in this case be hereby terminated.

**DONE** and **ORDERED** in Dayton, Ohio, this 23rd day of April 2019.

                                              *s/Thomas M. Rose*

                                              THOMAS M. ROSE
                                              UNITED STATES DISTRICT JUDGE